IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| LEGO JURIS A/S and LEGO SYSTEMS A/S, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:13-CV-00878-TCB |
| DIGITAL BLUE INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs LEGO JURIS A/S and LEGO SYSTEMS A/S (collectively, "Plaintiff") and defendant DIGITAL BLUE INCORPORATED ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a), this action is dismissed without prejudice, with each part to bear its own costs and attorneys' fees.

The Parties further stipulate and agree that nothing herein shall effect the ongoing obligations of Defendant pursuant to the Court's Order and Judgment on Consent for Permanent Injunction and Other Relief Against Defendant entered on September 4, 2013 (Dkt. No. 23).

Stipulated and agreed to this 13th day of February, 2014.


Alston & Bird LLP                    McGovern Law Firm


s/ C. Suzanne Werner               s/ John M. McGovern
C. Suzanne Werner                 John M. McGovern
  (Georgia Bar No. 321398)           (Ga. Bar No. 492855)
1201 West Peachtree Street NE     7000 Miller Court East
Atlanta, Georgia 30309-3424       Norcross, Georgia 30071
Telephone: 404-881-7000          Telephone: 404-920-8510
Email: suzanne.werner@alston.com   Email: jmcgovern@mcgovernfirm.com

John P. Margiotta                 **ATTORNEY FOR DEFENDANT**
  (admitted pro hac vice)
Leo Kittay
  (admitted pro hac vice)
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Telephone: 212-813-5900
Email: jmargiotta@fzlz.com
Email: lkittay@fzlz.com


Deepro Mukerjee
  (admitted pro hac vice)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400
Email: deepro.mukerjee@alston.com


**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

s/ C. Suzanne Werner
C. Suzanne Werner